1
2
3
4                    IN THE UNITED STATES DISTRICT COURT
5                        FOR THE DISTRICT OF ARIZONA
6
7   JOAO R. COTA-ROBLES,              )    No. CV 04-643-TUC-RCC
                                      )
8             Plaintiff,              )    **ORDER**
                                      )
9   vs.                               )
                                      )
10                                    )
    MICHAEL J. ASTRUE, Commissioner of)
11  Social Security,                  )
                                      )
12            Defendant.              )
                                      )
13  _____ )
14
15          On July 10, 2007, the Honorable Hector Estrada, United States Magistrate Judge, filed
16  a Report and Recommendation ("Recommendation") in this action (Docket No.19).  The
17  Recommendation advised the Court to, grant the Plaintiff's Motion to Supplement Transcript
18  (Docket No. 10), to grant in part and deny in part the Plaintiff's Motion for Summary
19  Judgment (Docket No.11) and deny the Defendant's Motion for Summary Judgment (Docket
20  No.12).
21          The Court considers the Recommendation (Docket No.19) to be thorough and well-
22  reasoned.  After a thorough and de novo review of the record, the Court will ADOPT the
23  Recommendation of Magistrate Judge Estrada.
24          DATED this 15th day of August, 2007.
25
26
27                                    _____
                                              Raner C. Collins
28                                      United States District Judge